IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ϘS ___ D.C.

05 MAY 13 PM 3: 46

ROBERT ⸺ ⸺ THOLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JAMES R. STEVENS,

    Plaintiff,

VS.                                          NO. 04-2525-Ma

FED EX,

    Defendant.

## ORDER OF DISMISSAL

*Pro se* plaintiff filed the complaint in this matter on July 13, 2004 and summons was issued on September 20, 2004. On February 24, 2005, the court issued an Order to Show Cause why this matter should not be dismissed for failure to prosecute. Plaintiff has failed to respond to the show cause order. The court therefore finds that this matter should be and is **DISMISSED** without prejudice.

It is so ORDERED this 13th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02525 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

James R. Stevens
4423 N. Crockett
Sarah, MS 38665

Honorable Samuel Mays
US DISTRICT COURT